**Dismissed and Opinion Filed March 22, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01036-CV

## IN RE ESTATE OF MILAD NASRALLAH, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-21-00240-3**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Breedlove
Opinion by Justice Pedersen, III

Before the Court is appellants' motion for voluntary dismissal of the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

211036F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN RE: ESTATE OF MILAD
NASRALLAH, DECEASED,
Antoinette Nasrallah, Soraya
Nasrallah, Christine Nasrallah, and
Steven Nasrallah, Appellants

No. 05-21-01036-CV     V.

On Appeal from the Probate Court
No. 3, Dallas County, Texas
Trial Court Cause No. PR-21-00240-3.
Opinion delivered by Justice
Pedersen, III. Justices Garcia and
Breedlove participating.

Craig C. Gant, Temporary
Administrator of the Estate of Milad
Nasrallah, Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Craig C. Gant, Temporary Administrator of the Estate of Milad Nasrallah, recover his costs of this appeal from appellants Antoinette Nasrallah, Soraya Nasrallah, Christine Nasrallah, and Steven Nasrallah.

Judgment entered this 22nd day of March, 2023.